389 A.2d 165

Commonwealth v. Duffy et al., Appellants.

 Submitted March 14, 1977.
James M. Schall, Public Defender, for appellant, Duffy; Charles B. Swigart, for appellant, Beeler; Gary Deane Wilt, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.